IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
FILED

MAR 19 2025

ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.                                                            CRIMINAL NO. 1:25cr34 TBM-RPM

CAMERON FAIRLEY and                     21 U.S.C. § 841(a)(1)
CHRISTOPHER CHASE BROWN           18 U.S.C. § 933(a)(1)

**The Grand Jury charges:**

### COUNT 1

On or about September 27, 2024, in Harrison County, in the Southern Division of the Southern District of Mississippi, and elsewhere, the defendant, **CAMERON FAIRLEY**, aided and abetted by others known and unknown to the Grand Jury, did knowingly and intentionally possess with the intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A), and Title 18, United States Code, Section 2.

### COUNT 2

On or about November 22, 2024, in Harrison County, in the Southern Division of the Southern District of Mississippi, and elsewhere, the defendant, **CAMERON FAIRLEY**, aided and abetted by others known and unknown to the Grand Jury did knowingly and intentionally possess with the intent to distribute 50 grams or more of methamphetamine, a Schedule II

controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT 3

From September, 2024 through the time of the indictment, in Stone County, in the Southern Division of the Southern District of Mississippi, and elsewhere, the defendants, **CAMERON FAIRLEY and CHRISTOPHER CHASE BROWN**, aided and abetted by each other and others known and unknown to the Grand Jury, did ship, transport, transfer, cause to be transported, or otherwise dispose of firearms, to another person, in and affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of the firearms by the recipient would constitute a felony.

In violation of Title 18, United States Code, Sections 933(a)(1), (a)(3), and (b), United States Code, Section 2.

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offenses as alleged in this Indictment, the defendants shall forfeit to the United States all property involved in or traceable to property involved in the offenses, including but not limited to all proceeds obtained directly or indirectly from the offenses, and all property used to facilitate the offenses.

Further, if any property described above, as a result of any act or omission of the defendants: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property,

which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendants, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 924(d)(1); Title 18, United States Code, Section, 934(a)(1)(A) and (B); and Title 21, United States Code, Section 853.

PATRICK A. LEMON
Acting United States Attorney

A TRUE BILL:

s/signature redacted
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the ____ day of March 2025.

UNITED STATES MAGISTRATE JUDGE

3