PRAECIPE FOR WARRANT

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAR 19 2025
ARTHUR JOHNSTON
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.                                                                CRIMINAL NO. 1:25cr34 TBM-RPM

CHRISTOPHER CHASE BROWN
(wherever found)

The Clerk of this Court will issue a warrant, an indictment against the above-named defendant having been filed in the above-entitled cause on the 19th day of March 2025.

This the 19th day of March 2025.

PATRICK A. LEMON
Acting United States Attorney

By: /s/ Hunter McCreight
Hunter McCreight
Assistant U.S. Attorney
GA Bar # 728770

Warrant issued:_____

ATF / HLM